**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 17 2013



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARY F. REEVES,<br><br>              Plaintiff - Appellant,<br><br> v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>              Defendant - Appellee. | No. 11-56930<br><br>D.C. No. 2:10-cv-00259-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER AMENDING |

Before:  GOULD and RAWLINSON, Circuit Judges, and HUCK, Senior District Judge.[*]

The Joint Request to File an Untimely Motion for Clarification and Joint Motion for Clarification of the Court's November 15, 2013 Memorandum, filed on December 5, 2013, are GRANTED.

The memorandum disposition filed on November 15, 2013, is hereby amended as follows:

Page 5:

---

[*]      The Honorable Paul C. Huck, Senior District Judge for the U.S. District Court for Southern Florida, sitting by designation.

a. Line 9 - insert <pursuant to sentence four of 42 U.S.C. § 405(g),> between <agency> and <to determine>.

b. Last sentence - Delete <**The panel retains jurisdiction over this appeal.**>.